UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JULIO A. VASQUEZ,
    Plaintiff,

v.                                                          C.A. No. 10-214 S

NANCY BAILEY, ET AL.,
    Defendants.

## ORDER

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on June 16, 2010 in the above-captioned matters is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed to the Report & Recommendation, the Court hereby adopts the Report & Recommendation in full and dismisses Defendants Nancy Bailey, James Weeden, Joseph DiNitto, Nurse Dick, Nurse Dale Fogarty, and C.O. Douglas from the case. The case will go forward on the remaining viable counts against Defendants Billy Bagones, Lt. William Galligan, C.O. LeDuc, C.O. Trindade, C.O. Manning, C.O. Duarte, C.O. Dennatte, C.O. Simpson, and C.O. North.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge
Date: 7/13/10