UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JULIO A. VASQUEZ,
    Plaintiff,

v.        CA 10-214 S

NANCY BAILY, ET AL.,
    Defendants.

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on May 13, 2011, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed, the Plaintiff's Motion for Preliminary Injunction and a Temporary Restraining Order (ECF #14) and Second Motion for Preliminary Injunction and a Temporary Restraining Order (ECF #22) are hereby DENIED.

ENTER:

_____
William E. Smith
United States District Judge

Date: 6/11/11